Mono Benson, as Administratrix of the Estate of Harry Benson, Deceased, Appellant, *v.* City of New York, Respondent.

Argued October 20, 1954; decided December 3, 1954.

*Benjamin H. Siff* for appellant.

*Adrian P. Burke, Corporation Counsel* (*Alfred Weinstein* and *Seymour B. Quel* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

MABEL E. McLEAN, Appellant, *v.* WILLIAM McKINLEY, Respondent.

Argued October 21, 1954; decided December 3, 1954.